# Court of Appeals of the State of Georgia

ATLANTA,  March 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0211. CARA WILLIAMS v. KNIGHT REAL ESTATE HOLDINGS, LLC.**

Cara Williams filed both a notice of direct appeal and an application for discretionary review from the trial court's order dismissing her appeal under OCGA § 5-6-48 (c) for causing an unreasonable delay in the transmission of the record to this Court. We denied the discretionary application. See Case No. A21D0412 (Jul. 29, 2021). This is the direct appeal. We lack jurisdiction.

Our previous denial of Williams' application for discretionary review was an adjudication on the merits, and therefore the doctrine of res judicata bars this direct appeal from the same trial court order. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).

For this reason, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/11/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*